

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00451-CV

| | | |
|---|---|---|
| IN THE INTEREST OF N.V., A CHILD | § | On Appeal from the 324th District Court |
| | § | of Tarrant County (324-744350-23) |
| | § | February 20, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the Texas Family Code Section 161.002(b)(1) finding. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell